**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Kimberly R. Guillen v. AMG Cityview Apartments LLC

Appellate case number:   01-22-00363-CV

Trial court case number: 1179435

Trial court:             County Court at Law No. 4 of Harris County

On August 8, 2022, appellant, Kimberly R. Guillen, filed an agreed motion to abate this appeal to November 9, 2022, pursuant to a settlement agreement between the parties. We **deny** the motion to abate. Appellant may seek an extension of time to file her brief, currently due August 8, 2022. *See* TEX. R. APP. P. 10.5(b). The Court would also consider a motion to dismiss the appeal. *See id*. 42.1(a).

It is so **ORDERED**.

Judge's signature: _____/s/ Sherry Radack_____
                   ☒ Acting individually     ☐ Acting for the Court

Date: ___August 16, 2022_____